IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH M. LANDWERMEYER,

        Plaintiff,

  vs.

THE HERTZ CORPORATION

        Defendant.

No. C 05-1244 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: November 18, 2005 at 2:30 p.m.

JURY TRIAL DATE: July 17, 2006 at 8:30 a.m. Courtroom 10, 18th Floor.

TRIAL LENGTH is estimated to be 5 days.

NON-EXPERT DISCOVERY CUTOFF is February 28, 2006.

DISCOVERY PLAN: Per F.R.Civ.P. & Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS.   Pltf. 5/1/06;   Def 5/26/06.   Rebuttal: 6/5/06
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 22, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 10, 2006.
    Opposition due: 3/24/06.  Reply due: 3/31/06.
And set for hearing no later than April 14, 2006 at 9:00 a.m.

PRETRIAL CONFERENCE DATE: July 11, 2006 at 8:30 a.m. in Coutroom 10, 19th floor.

The conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Pretrial **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

DATED: July 29, 2005

                         /s/ Hon. Susan Illston
                         SUSAN ILLSTON
                         United States District Judge