LAWRENCE BALL, State Bar No. 60496
LOUIS A. HIGHMAN, State Bar No. 61703
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563

Attorneys for Plaintiff
JOSEPH M. LANDWERMEYER


ROBERT A. DOLINKO, State Bar No. 076256
DEBORAH R. SCHWARTZ, State Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. LANDWERMEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>    Defendant. | Case No.: C 05 1244 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff Joseph M. Landwermeyer and counsel for Defendant The Hertz Corporation that this entire action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

The Court shall retain jurisdiction only to enforce the parties' settlement.

**IT IS SO STIPULATED.**

Dated: February 28, 2006        HIGHMAN, HIGHMAN & BALL

By:   /s/ Louis Highman
      LAWRENCE BALL
      Louis Highman
      Attorneys for Plaintiff
      JOSEPH LANDWERMEYER

Dated: February 28, 2006        THELEN REID & PRIEST LLP

By:   /s/ Deborah R. Schwartz
      ROBERT A. DOLINKO
      DEBORAH R. SCHWARTZ
      Attorneys for Defendant
      THE HERTZ CORPORATION

### ORDER

**IT IS SO ORDERED.**

Dated: _____        By _____
                              JUDGE OF THE DISTRICT COURT

SF #1045180 v1                 -2-

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/Case No.: C 05 1244 SI